**Cynthia C. Tuell (AZB #025301)**
Western Watersheds Project
738 N. 5th Ave., Suite 200
Tucson, AZ 85705
(520) 272-2454
cyndi@westernwatersheds.org

Attorney for Plaintiff Western Watersheds Project

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Watersheds Project, a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>Scott Cooke, Field Manager of the Safford Field Office of the Bureau of Land Management; and Bureau of Land Management,<br><br>Federal Defendants. | No. 4:19-cv-00569-RM<br><br>PROOF OF SERVICE |

    Plaintiff, through their undersigned counsel, hereby submit proof of service in this case pursuant to Fed. R. Civ. P. 4(1). On December 4, 2019, copies of the summons, complaint, plaintiff's corporate disclosure statement, notice of availability of a magistrate judge and consent form, and the court's notice regarding the MIDP project and General Order 17-08 in the above captioned matter were sent via U.S. Postal Service first class, certified mail, return receipt

requested, addressed as follows:

| | |
|---|---|
| Scott Cooke<br>Bureau of Land Management<br>Field Manager, Safford Field Office<br>711 S. 14th Ave<br>Safford, AZ 85546 | Civil Process Clerk<br>U.S. Attorney's Office<br>District of Arizona<br>405 W. Congress St., Suite 4800<br>Tucson, AZ 85701-5040 |
| Bureau of Land Management<br>1849 C Street NW<br>Room 5665<br>Washington, DC 20240 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

Attached hereto are the executed summonses, proof of service forms, receipts, and USPS online tracking information for the above referenced certified mailings showing that service was completed by delivery of the summons and complaint to all Federal Defendants in this matter as well as the U.S. Attorney for the District of Arizona and the U.S. Attorney General. Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

Respectfully submitted, this 13th day of December, 2019.

/s Cynthia C. Tuell
**Cynthia C. Tuell (AZBar # 025301)**
Western Watersheds Project
Attorney for Plaintiffs

requested, addressed as follows:

| | |
|---|---|
| Scott Cooke<br>Bureau of Land Management<br>Field Manager, Safford Field Office<br>711 S. 14th Ave<br>Safford, AZ 85546 | Civil Process Clerk<br>U.S. Attorney's Office<br>District of Arizona<br>405 W. Congress St., Suite 4800<br>Tucson, AZ 85701-5040 |
| Bureau of Land Management<br>1849 C Street NW<br>Room 5665<br>Washington, DC 20240 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

Attached hereto are the executed summonses, proof of service forms, receipts, and USPS online tracking information for the above referenced certified mailings showing that service was completed by delivery of the summons and complaint to all Federal Defendants in this matter as well as the U.S. Attorney for the District of Arizona and the U.S. Attorney General. Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

Respectfully submitted, this 13th day of December, 2019.

/s Cynthia C. Tuell
**Cynthia C. Tuell (AZBar # 025301)**
Western Watersheds Project
Attorney for Plaintiffs